IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED MANAGEMENT GROUP, LCC, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> PRESTON DuFAUCHARD, ET AL., <br><br> Defendants. | No. C 06-04203 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

This matter is currently set for a hearing on September 8, 2006 at 9:00 a.m. on Plaintiffs' motion for preliminary injunction. The Court HEREBY ORDERS that Defendants' opposition brief shall be due no later than August 4, 2006 and Plaintiffs' reply brief shall be due no later than August 11, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 19, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE