| | |
|---|---|
| 1 | PRESTON DuFAUCHARD |
| | California Corporations Commissioner |
| 2 | WAYNE STRUMPFER |
| | Deputy Commissioner |
| 3 | ALAN S. WEINGER (86717) |
| | Supervising Attorney |
| 4 | JAMES K. OPENSHAW (137667) |
| | Senior Corporations Counsel |
| 5 | jopensha@corp.ca.gov |
| | 1515 K Street, Suite 200 |
| 6 | Sacramento, California 95814 |
| | Telephone: (916) 322-6998 |
| 7 | Facsimile: (916) 445 6985 |
| 8 | Attorneys for the People of the State of California |
| 9 | Joel Held, TX State Bar No. 09389800 |
| | joel.held@bakernet.com |
| 10 | Laura J. O'Rourke, TX State Bar No. 24037219 |
| | laura.j.orourke@bakernet.com |
| 11 | Maricela Siewczynski, TX State Bar No. 24032753 |
| | maricela.siew@bakernet.com |
| 12 | **BAKER & McKENZIE LLP** |
| | 2001 Ross Avenue, Ste. 2300 |
| 13 | Dallas, TX 75201 |
| | Telephone: +1 214 978 3000 |
| 14 | Facsimile: +1 214 978 3099 |
| | *Pro Hac Vice* Appearance |
| 15 | |
| 16 | Christopher Van Gundy, CA State Bar No. 152359 |
| | christopher.vangundy@bakernet.com |
| 17 | **BAKER & McKENZIE LLP** |
| | Two Embarcadero Center, 24th Floor |
| 18 | San Francisco, CA 94111-3909 |
| | Telephone: +1 415 576 3000 |
| 19 | Facsimile: +1 415 576 3099 |
| 20 | Attorneys for Plaintiffs |
| | Consolidated Management Group, LLC, |
| 21 | Consolidated Leasing Anadarko Joint Venture, and |
| | Consolidated Leasing Hugoton Joint Venture #2 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| Consolidated Management Group, LLC, a Kansas limited liability company, Consolidated Leasing Anadarko Joint Venture, a Kansas general partnership, and Consolidated Leasing Hugoton Joint Venture #2, a Kansas general partnership,<br><br>Plaintiffs, | Case No. C 06 4203 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS** |

| | |
|---|---|
| v.<br><br>Preston DuFauchard, California Corporations Commissioner<br>and<br>California Department of Corporations,<br><br>Defendants. | Date: September 8, 2006<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Before:<br>    The Honorable Jeffrey S. White<br><br>[LODGED VIA E-FILING] |

    Plaintiffs Consolidated Management Group, LLC, Consolidated Leasing Anadarko Joint Venture, and Consolidated Leasing Hugoton Joint Venture #2 ("Plaintiffs"), Defendant Preston DuFauchard, California Corporations Commissioner, and Defendant California Department of Corporations (collectively "Defendants"), ("Plaintiffs" and "Defendants" are jointly referred to herein as the "Parties"), through their respective counsel, hereby agree and stipulate as follows:

    WHEREAS, on July 7, 2006, Plaintiffs filed against Defendants the underlying Verified Complaint for Violations of 42 U.S.C. § 1983 and the Supremacy Clause and for Injunctive and Declaratory Relief ("Complaint");

    WHEREAS, on July 14, 2006, Plaintiffs filed a Motion for Preliminary Injunction, and set a hearing date of September 8, 2006 at 9:00 a.m. before The Honorable Jeffrey S. White;

    WHEREAS, on July 27, 2006, Defendants filed a Motion to Dismiss Plaintiffs' Complaint in its entirety, and set a hearing date of September 1, 2006 at 9:00 a.m. before The Honorable Jeffrey S. White;

    WHEREAS, for purposes of efficiency and judicial economy of the resources of the Court and the Parties, the Parties wish to have their respective motions heard on the same day and at the same Court hearing;

    WHEREAS, the Parties have agreed that Defendants' Motion to Dismiss shall be continued from the scheduled hearing date of September 1, 2006 to September 8, 2006 at 9:00 a.m., in order to be heard on the same day and at the same Court hearing as Plaintiffs' Motion for Preliminary Injunction.

1  WHEREAS, the Parties specifically request that the Court hear first Defendants' Motion to
2  Dismiss on September 8, 2006 at 9:00 a.m., and subsequently hear Plaintiffs' Motion for Preliminary
3  Injunction, which is reasonable under the circumstances.
4  WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, by and
5  through their attorneys of record herein:
6  1. Defendants' Motion to Dismiss and Plaintiffs' Motion for Injunctive Relief shall be
7  heard on September 8, 2006 at 9:00 a.m. before The Honorable Jeffrey S. White.
8  2. On the hearing date of September 8, 2006 at 9:00 a.m., Defendants' Motion to
9  Dismiss shall be heard first, followed by Plaintiffs' Motion for Preliminary Injunction.
10 3. The previous briefing schedule as to Defendants' Motion to Dismiss shall remain the
11 same, as follows:
12 Plaintiffs' Opposition to Defendants' Motion to Dismiss is due on or before
13 August 11, 2006;
14 Defendants' Reply in support of their Motion to Dismiss is due on or before
15 August 18, 2006;
16 4. The previous briefing schedule as to Plaintiffs' Motion for Preliminary Injunction
17 shall remain the same, as follows:
18 Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction is due on or
19 before August 4, 2006;
20 Plaintiffs' Reply in support of their Motion for Preliminary Injunction is due on or
21 before August 11, 2006;
22
23 ///
24
25
26 ///
27
28

5. The hearing date of September 1, 2006 at 9:00 a.m., previously reserved for Defendants' Motion to Dismiss, shall be taken off the Court's calendar.

**IT IS SO STIPULATED.**

Dated: August 7, 2006

PRESTON DuFAUCHARD,
CALIFORNIA CORPORATIONS
 COMMISSIONER
CALIFORNIA DEPARTMENT OF
 CORPORATIONS
Alan S. Weinger
James K. Openshaw

By: /s/ James K. Openshaw
James K. Openshaw
Attorneys for Defendants
The People of the State of California

Dated: August 5, 2006

**BAKER & McKENZIE LLP**
Joel Held
Laura J. O'Rourke
Maricela Siewczynski

**BAKER & McKENZIE LLP**
Christopher Van Gundy

By: /s/ Laura J. O'Rourke
Laura J. O'Rourke
Attorneys for Plaintiffs
CONSOLIDATED MANAGEMENT GROUP, LLC,
CONSOLIDATED LEASING ANADARKO JOINT
VENTURE, and
CONSOLIDATED LEASING HUGOTON JOINT
VENTURE #2

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 8, 2006

/s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Judge